UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
BLUEFIELD

FILED

FEB 2 6 2002

SAMUEL L. KAY, Cl.
District & Bankr

JOHN F. HALE, JR.
        Petitioner,

CIVIL ACTION NO. 1:01-0973 975
(CRIMINAL NO.  1:98-00100)

V.

UNITED STATES OF AMERICA.
        Respondent,

HONORABLE DAVID A. FABER

_____/

## MOTION FOR THE APPOINTMENT OF COUNSEL

Comes Now, The petitioner, John F. Hale, Jr. **Pro-Se** and respectfully request this Honorable Court to appoint counsel to represent him in the Appeal procedure for the following reasons:

1. The petitioner is unable to afford counsel.

2. The issues involved in the Appeal process are complex.

3. Counsel can explain the applicable legal principles to the court and limit litigation to potentially meritorious issues.

In addition appointment of a lawyer provides the unlettered petitioner with an opportunity to obtain representation equally qualified with that professional counsel usually provided through government opposition.

I, John F. Hale, Jr. Hereby attest that all matters alleged to in the foregoing **MOTION FOR APPOINTMENT OF COUNSEL** are true and correct to the best of my knowledge.


Executed On This ⁢19⁢ Day Of February 2002.



Respectfully Submitted


John F. Hale Jr / Pro-Se
Reg# 05708-088-A-1
F.P.C. Ashland
P.O. Box 6000
Ashland KY, 41105-6000

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**BLUEFIELD**

975

JOHN F. HALE, JR.                          CIVIL ACTION NO. 1:01-0973
        Petitioner,                      (CRIMINAL NO.  1:98-00100)


V.


UNITED STATES OF AMERICA,                  HONORABLE DAVID A. FABER
        Respondent,

_____/


**AFFIDAVIT IN SUPPORT OF THE PETITIONER'S**
**MOTION FOR APPOINTMENT OF COUNSEL**


    I, John  F. Hale Jr. being duely sworn, deposes and says:


1. I am the petitioner in the above styled case. I make this
affidavit in support of my motion for appointment of counsel.


2. The petition in this case alleges that he was deprived of
his direct appeal. Due to his defense lawyers negligence.


3. The direct appeal process is complex and such contains difficult
issues involving complex laws and statutes beyond the knowledge
of the petitioner to argue.


4. The petitioner has limited education and training in the law.


5. The petitioner, pursuant to § 1915, request the court to appoint
counsel to represent him in his direct appeal.

6. Petitioner is relying on a layperson with out legal training
   as in **GARRETT V. UNITED STATES**, 178 F. 3d. 940 for the
   writing of this motion and initial 2255 petition.

7. As set forth in the face of this motion, with the legal merits
   of the petitioner's claim, this affidavit supports the
   appointment of counsel to represent petitioner.


   WHEREFORE, Petitioner prays that this Honorable Court grant
motion for appointment of counsel, to file his direct appeal to
the Fourth Circuit Of Appeals.


   Executed On This _19_ Day Of February 2002.



                              Respectfully Submitted



                              _John F. Hale J._
                              John F. Hale Jr / Pro-Se
                              Reg# 05708-088-A-1
                              F.P.C. Ashland
                              P.O. Box 6000
                              Ashland KY, 41105-6000